UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLEN ADKINS,

    Plaintiff,

v.                           Case No:  2:14-cv-588-FtM-38DNF

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendant Allstate Fire and Casualty Insurance Company's Response to Order to Show Cause (Doc. #6) filed on November 3, 2014.  On October 21, 2014, the Court ordered Defendant to show cause why this case should not be remanded for failure to establish subject matter jurisdiction based on the parties' diversity of citizenship at the time of removal.  (Doc. #5).  Based on the objective evidence Defendant presents showing Plaintiff is domiciled in Florida, the Court finds this case is properly before it.  (Doc. #6 at 2-3, 25-27, 31-32).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Court will take no further action on its Order dated October 21, 2014.  (Doc. #5).

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record