UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLEN ADKINS,

    Plaintiff,

v.                                    Case No.: 2:14-cv-588-FtM-38DNF

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, an Illinois
corporation,

    Defendant.
_____/

**ORDER**[1]

This matter is before the Court on Plaintiff Glen Adkins and Defendant Allstate Fire and Casualty Insurance Company's Joint Motion to Stay Count II filed on March 27, 2015. (Doc. #25). The Amended Complaint asserts two counts. (Doc. #24). Count I is a declaratory action to determine coverage under the subject insurance policy, and Count II is an uninsured motorist claim. (Id. at ¶¶ 12-26). The parties move to stay discovery and litigation on Count II until Count I is resolved. At this time, the Court finds that judicial economy and efficiency will not be promoted by granting the instant motion. See Landis v. Am. Water Works & Elec. Co., 299 U.S. 248, 254 (1936) (stating "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). As a result, the Court will deny the parties' Joint Motion to Stay Count II of the Amended Complaint.

Accordingly, it is now

**ORDERED:**

Plaintiff Glen Adkins and Defendant Allstate Fire and Casualty Insurance Company's Joint Motion to Stay Count II (Doc. #25) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of March, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record